IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 7-05-cr-00050-001 |
| v. ) | **ORDER AMENDING JUDGMENT** |
| ) | |
| COREY JERMAINE BELCHER ) | By: Glen E. Conrad |
| ) | United States District Judge |
| Defendant. ) | |

This case is before the court on government's motion for substantial assistance filed pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure on August 24, 2009. Finding good cause, and hearing no objection thereto, it is now ORDERED that defendant's sentence is REDUCED from concurrent terms of Eighty Seven (87) months as to each of Counts One and Two, to a new term of imprisonment of Seventy Two (72) months as to each of Counts One and Two, to run concurrently, and followed by a concurrent term of four (4) years supervised release. All other aspects of the defendant's original sentence shall remain the same.

The Clerk is directed to send certified copies of this Order to counsel of record for all parties, to the United States Probation Office, and to the United States Marshal for transmission to the Bureau of Prisons..

ENTER: September 14, 2009

*/s/ Glen E. Conrad*
UNITED STATES DISTRICT JUDGE